UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 2:16-cr-83-FtM-99CM

JAZMIN CHALLANA BARRON
_____

### PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for (1) MasterPiece Arms, Model V9101, Serial Number MPA57SST pistol, and (2) ammunition.

Being fully advised in the relevant facts, the Court finds as follows:

The defendant has been found guilty of Count One of the indictment charging unlawful possession of a firearm and ammunition after being convicted of a felony offense.

The United States has established the requisite nexus between the defendant's crime of conviction and the property identified above. The government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above

are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**DONE AND ORDERED** in Fort Myers, Florida, on January 4th, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties\Counsel of Record

2