UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:16-cr-83-FtM-38CM

JAZMIN CHALLANA BARRON

### ORDER

This matter comes before the Court on the Motion for Early Termination (Doc. #47) filed on August 21, 2017. Defendant moves the court for early termination of the home detention provision of the probation sentence imposed on the defendant on March 6, 2017. As grounds, Counsel indicates the defendant simply desires to move freely about the city to enhance her prospects at finding the right job and engage in recreational activities with her children. Further, defendant argues there have been no violations and Defendant has been compliant.

The Government objects to the early termination of the home detention provision but does not oppose the modification of the defendant's conditions of probation to allow for a curfew. While the Government acknowledges the defendant's compliance with the terms of probation imposed, it does not warrant termination of a significant portion of the defendant's punishment. The Government has inquired with Senior Probation Officer Erin Kandik who also objects to the early termination but is agreeable to a curfew with electronic monitoring.

Upon review of the motion, the court acknowledges the defendant's successful compliance thus far with the terms and conditions imposed as punishment for her conviction. However, the court is not convinced early termination is justifiable at this

juncture. The court agrees with the proposed modification of the terms and conditions to include a curfew with electronic monitoring.

Accordingly, it is now

**ORDERED:**

The Motion for Early Termination (Doc. 47) is **GRANTED in part**. The Probation Office and Senior Probation Officer, Erin Kandik, shall modify the terms of the defendant's probation to determine and include a curfew with electronic monitoring.

**DONE AND ORDERED** at Fort Myers, Florida, this August 29, 2017.

*signature*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record